JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Martin<br><br>Plaintiffs,<br><br>v.<br><br>City of Inglewood et al<br><br>Defendants. | Case No.  2:24-cv-00843-GW-JPRx<br><br>**ORDER** |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's fees and costs.

DATED: April 4, 2024

_____
Hon. George H. Wu
UNITED STATES DISTRICT JUDGE